Cheryl A. Hayes, Plaintiff-Respondent, 
against
Mia's Bathhouse for Pets and Lachena Clark, Defendants-Appellants.



Defendants appeal from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Carol Feinman, J.), entered on or about November 10, 2015, after trial, in favor of plaintiff and awarding her damages in the principal sum of $3,500.




Per Curiam.
Judgment (Carol Feinman, J.), entered on or about November 10, 2015, held in abeyance and the matter remanded to Civil Court for issuance of a decision in conformity with the requirements of CPLR 4213(b).
The trial court failed to comply with CPLR 4213(b) in rendering judgment in plaintiff's favor without setting forth its rationale or the basis for the computation of damages. Inasmuch as this small claims action hinges in large measure on issues of credibility, we hold the appeal in abeyance and remand the matter for issuance of a decision setting forth the essential facts as required by CPLR 4213(b) (see Brenner v De Bruin, 171 AD2d 833 [1991]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 16, 2016